# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER, | CASE NO. 1:09-cv-02221-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTIONS TO AMEND |
| v. | (Docs. 3, 4, 5) |
| W. K. MEYERS, et al., | AMENDED COMPLAINT DUE WITHIN 30 DAYS |
| Defendants. | |

Plaintiff William Rouser ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. This action was removed from state court by Defendants Meyers, Yates, and Duran. (Doc. 1, Notice of Removal.) On January 5, 2010, Plaintiff filed a motion to dismiss his federal claims of religious rights violations in this action. (Docs. 3, 4.) On January 8, 2010, Plaintiff filed a motion of voluntary dismissal of his federal claims and remand to state court. (Doc. 5.)

The Court shall treat these motion as a motion to amend his complaint. Plaintiff may amend once as a matter of course prior to a responsive pleading by the defendants. Fed. R. Civ. P. 15(a). If Plaintiff files an amended complaint which does not state any federal claims, remand would be appropriate.

Accordingly, it is HEREBY ORDERED that Plaintiff is GRANTED leave to file an amended complaint within **thirty (30) days** from the date of service of this order.

1

1  Plaintiff may move for remand once the Amended Complaint has been filed and served
2  upon Defendants.
3  IT IS SO ORDERED.
4  **Dated:   January 23, 2010**                  _____/s/ Dennis L. Beck_____
                                                    UNITED STATES MAGISTRATE JUDGE